
RECEIVED
IN LAKE CHARLES, LA
JAN 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **JAMES WEST** | CIVIL ACTION NO. 05-1737LC |
| VS. | SECTION "P" |
| **WARDEN TERRELL, ET AL** | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, under 42 U.S.C. §1997e for plaintiff's failure to exhaust available administrative remedies prior to the filing of suit.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 23 day of _____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE